UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ESCOBEDO,<br>                              Plaintiff,<br><br>            vs.<br><br>CITY OF BURBANK *et al.*,<br>                              Defendants, | Case No.: 2:25–cv–10170–CV (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**[DOC. # 18]** |

On April 17, 2026, the Plaintiff Cesar Escobedo and defendants City of Burbank, Officer Gutierrez, Officer Gomez, and Sergeant French (collectively "Defendants," and with Plaintiff, the "Parties") filed a Joint Stipulation for Dismissal of entire Action with Prejudice. Doc. # 18 ("Stipulation"). The Parties have stipulated to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id*. at 2. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Complaint, the entire action, and all claims are **DISMISSED WITH PREJUDICE**.

2. All pending matters are **TERMINATED**.

3. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 6/15/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE